PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (510) 970-4829
   Facsimile: (415) 744-0134
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA MUNGUIA,<br><br>       Plaintiff,<br><br>vs.<br><br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | No. 2:22-cv-0541 DB<br><br>STIPULATION TO REMAND AND ORDER |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    Upon remand, the Appeals Council will direct the Administrative Law Judge to further consider Plaintiff's residual functional capacity: further evaluate the opinion evidence and prior administrative medical findings; obtain testimony from a vocational expert to assist in

Stip. to Remand; 2:22-cv-00541-DB

determining whether there are jobs that exist in significant numbers in the national economy Plaintiff can perform despite her impairments, resolving any conflicts between the expert's testimony and the DOT, including reasoning levels and whether the jobs cited still exist as described therein; take any action necessary to complete the administrative record; offer Plaintiff an opportunity for a hearing; and issue a new decision.

Respectfully submitted this 18th day of November, 2022.

Dated: November 18, 2022          /s/ *Shellie Lott*
                                  SHELLIE LOTT
                                  Attorney for Plaintiff
                                  (as approved via email)

Dated: November 18, 2022          PHILLIP A. TALBERT
                                  United States Attorney


                           By:    /s/ *Margaret Lehrkind*
                                  MARGARET LEHRKIND
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner, and close this case.

DATED: November 21, 2022          /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:22-cv-00541-DB